IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KAREN LOUISE BRUNETTE,

          Plaintiff,

   v.

                                        Case No. 18-cv-741-bbc

ANDREW SAUL,
Commissioner of Social Security

          Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Andrew Saul, Commissioner of Social Security, affirming the decision of the

Commissioner and dismissing this case.

| | |
|---|---|
| s/ V. Olmo, Deputy Clerk | 10/03/2019 |
| Peter Oppeneer, Clerk of Court | Date |